## WHITE *v.* BUTLER.

## WHITE *v.* RUCKMAN.

APPEALS FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE DISTRICT OF WEST VIRGINIA.

Nos. 540, 541.   Argued March 21, 22, 1898. — Decided May 31, 1898.

*White* v. *Berry, ante,* 366, affirmed and followed.

THE case is stated in the opinion.

*Mr. Assistant Attorney General Boyd* and *Mr. Joseph H. Gaines* for appellants.

*Mr. Charles J. Faulkner* for appellees.

MR. JUSTICE HARLAN delivered the opinion of the court.

Butler, the appellee in the first of the above cases, was a storekeeper of the United States at the Hannis distillery at Martinsburg, West Virginia.

Ruckman, the appellee in the second case, was also a storekeeper at the same distillery.

The bill in each case is substantially like that in *White* v. *Berry, ante,* 366, just decided. The relief asked by Butler and Ruckman is the same as that asked by Berry, and the decree rendered in behalf of each was the same as that rendered in *Berry's case.*

For the reasons stated in the opinion just delivered in *White* v. *Berry,* the decree in each of the above cases must be

*Reversed, and the causes remanded with directions to dismiss the bills.*